UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION et al., | CASE NO. 3:26-cv-05302-DGE |
| Plaintiffs, | MINUTE ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE ON MOTIONS FOR PRELIMINARY INJUNCTION |
| v. | |
| NICK BROWN et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On April 6, 2026, the Court held a status and scheduling hearing with the Parties in this case.  Pursuant to the Court's oral rulings, it is ORDERED that:

1.  The Court CONSOLIDATES *Novartis Pharmaceuticals Corporation v. Brown*, Case No. 3:26-cv-05302-DGE, and *AbbVie Inc. et al. v. Brown et al.*, Case No. 2:26-cv-01018-DGE because they involve a "common question of law or fact[.]"  *See* Fed. R.

MINUTE ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE ON MOTIONS FOR PRELIMINARY INJUNCTION - 1

Civ. P. 42(a).  All future filings SHALL be made under the case number identified in the caption of this order (Case No. 3:26-cv-05302-DGE).

2.  The briefing schedule for Plaintiffs' motions for preliminary injunction SHALL be as follows:

    a.  Defendant's response brief is due on May 8, 2026;

    b.  Plaintiffs' individual reply briefs are due on May 15, 2026; and

    c.  Oral argument is set for May 27, 2026, at 10:30 a.m. in Courtroom B before the undersigned.

3.  Pursuant to Local Civil Rule 7(e) and the Court's oral rulings, the page limits for the response and reply briefs SHALL be as follows:

    a.  Defendant's response brief page limit is 46 pages; and

    b.  Plaintiffs' reply brief page limit is 13.5 pages/4,200 words.

4.  Plaintiff AbbVie's request to conduct limited third-party discovery related to its Fifth Amendment Takings Clause claim is DENIED.

Dated this 6th day of April 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE ON MOTIONS FOR PRELIMINARY INJUNCTION - 2