UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION et al., | CASE NO. 3:26-cv-05302-DGE |
| Plaintiffs, v. | ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| NICK BROWN et al., | |
| Defendants. | |

Before the Court is the Parties' stipulated motion requesting an extension of time for Defendants to respond to the complaints in this matter. (Dkt. No. 27.) The Parties state the current deadline is May 25, 2026, but agree that the deadline should be extended until 30 days after this Court issues an order on Plaintiffs' pending motions for preliminary injunction. (*Id.* at 2.) The Court agrees there is good cause for the extension and GRANTS the stipulated motion for extension of time.

ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1

Dated this 13th day of April 2026.

David G. Estudillo
United States District Judge

ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2