The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

NOVARTIS PHARMACEUTICALS
CORPORATION, et al.,

                    Plaintiffs,

  v.

NICK BROWN, et al.,

                    Defendants.

NO. 3:26-cv-05302-DGE

STIPULATED MOTION AND
[PROPOSED] ORDER
EXTENDING TIME TO RESPOND
TO PHRMA COMPLAINT

NOTE ON MOTION CALENDAR:
APRIL 24, 2026

### I.      STIPULATED MOTION

Defendants Nick Brown and Ryan Moran (collectively, Defendants), together with Plaintiff Pharmaceutical Research and Manufacturers of America (PhRMA) respectfully submit this stipulation regarding the deadline for Defendants to respond to the PhRMA's complaint in this matter.

On April 13, 2026, the Court granted the parties' Stipulated Motion Extending Defendants' Time to Respond to the Complaints. *See* Dkt. # 28. On April 13, 2026, the parties in this matter were Defendants, Plaintiff Novartis Pharmaceuticals Corporation (Novartis), and Plaintiffs AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, and Allergan Sales, LLC (collectively, AbbVie).

On April 17, 2026, the Court granted PhRMA's Unopposed Motion to Consolidate its case with this matter. *See* Dkt. # 29.

STIPULATION ON DEFENDANTS'
ANSWER DEADLINE –
NO. 3:26-cv-05302-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

PhRMA and Defendants agree that the deadline entered by the Court on April 13, 2026, for Defendants' responses to Novartis and AbbVie's complaints will also be the deadline for Defendants to respond to PhRMA's complaint. Therefore, PhRMA and Defendants agree that Defendants' deadline to answer or otherwise respond to PhRMA's complaint under Fed. R. Civ. P. 12 is extended until 30 days after the Court issues an order on Plaintiffs' pending motions for preliminary injunction.

This extension is sought in good faith and not for purposes of delay. This extension will allow Defendants to investigate the allegations of the complaints and prepare adequate responses after the parties' briefing and the Court's ruling on Plaintiffs' preliminary injunction motions.

DATED this 24th day of April 2026.

NICHOLAS W. BROWN
Attorney General

s/ Aliana Knoepfler
ALIANA KNOEPFLER, WSBA #64738
JULIE MORONEY, WSBA #59017
FREEMAN HALLE, WSBA #61498
Assistant Attorneys General
WILLIAM MCGINTY, WSBA #41868
KELLY A. PARADIS, WSBA #47175
Deputy Solicitors General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Aliana.Knoepfler@atg.wa.gov
Julie.Moroney@atg.wa.gov
Freeman.Halle@atg.wa.gov
William.McGinty@atg.wa.gov
Kelly.Paradis@atg.wa.gov

Counsel for Nick Brown and Ryan Moran

CORR CRONIN LLP

/s/ Steven W. Fogg
STEVEN W. FOGG, WSBA #23528
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
206-625-8600
ERIN E. MURPHY*
MATTHEW D. ROWEN*
PHILIP HAMMERSLEY*
CAMILO GARCIA*
CLEMENT & MURPHY PLLC
706 Duke Street
Alexandria, VA 22314
202-742-8900
sfogg@corrcronin.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com
philip.hammersley@clementmurphy.com
camilo.garcia@clementmurphy.com

Counsel for Pharmaceutical Research and Manufacturers of America.

*Admitted pro hac vice

STIPULATION ON DEFENDANTS'
ANSWER DEADLINE –
NO. 3:26-cv-05302-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

## II.    [PROPOSED] ORDER

The Court hereby GRANTS the Stipulation Extending Time for Defendants to Respond to PhRMA's Complaint.

DATED this _____ of _____ 2026.

_____
THE HONORABLE DAVID G. ESTUDILLO
Chief Judge, Western District of Washington
United States District Court

STIPULATION ON DEFENDANTS'
ANSWER DEADLINE –
NO. 3:26-cv-05302-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744