The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

NOVARTIS PHARMACEUTICALS
CORPORATION, et al.,

      Plaintiffs,

  v.

NICK BROWN, et al.,

      Defendants.

NO. 3:26-cv-05302-DGE

DECLARATION OF DR.
TIMOTHY DELLIT IN SUPPORT
OF DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

I, Timothy H. Dellit, M.D, declare as follows:

1.  I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge, my review of business records of University of Washington Medicine (UW Medicine), and information provided to me by UW Medicine personnel.

**UW Medicine and its 340B Covered Entities**

2.  I am the Chief Executive Officer of UW Medicine—the academic health system of the University of Washington—as well as the Executive Vice President for Medical Affairs, and the Paul G. Ramsey Endowed Dean of the UW School of Medicine. I have held these positions since 2023. I previously served as Chief Medical Officer for UW Medicine, Executive Vice Dean for Clinical Affairs for the School of Medicine, Vice President for Medical Affairs for UW, and President of UW Physicians, the physician group practice for faculty in the School

DECLARATION OF TIMOTHY H.
DELLIT IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION –
No. 3:26-cv-05302-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

of Medicine. I earned my medical degree from Cornell University Medical College and am board-certified in Infectious Diseases.

3.    UW Medicine is a family of organizations which are operated or managed as part of Washington state's largest integrated public health system with a single mission to improve the health of the public. Among UW Medicine's facilities are University of Washington Medical Center (Montlake and Northwest campuses), Harborview Medical Center (which UW Medicine operates in partnership with King County) UW Medicine Primary Care, UW Physicians, Airlift Northwest, and the UW School of Medicine. UW Medicine is the largest and most comprehensive public health system in the Pacific Northwest, employing over 33,000 staff and providing approximately 1.5 million outpatient visits and nearly 47,000 inpatient admissions annually.

4.    As the only comprehensive clinical, research and learning health system in its five-state region (Washington, Wyoming, Alaska, Montana, Idaho), UW Medicine provides a higher degree of healthcare, including primary and preventive care to the most highly specialized care for the most complex medical conditions. The full scope of UW Medicine's services range from providing in the street primary care to the most vulnerable unhoused patients in our community, to the most intensive inpatient behavioral health beds across the Region. Our hospitals provide the only quaternary and tertiary level 1 adult and pediatric trauma and burn care across four states and the most complex cardiology, neurology and organ transplants in the region. We do so regardless of a patient's insurance status and ability to pay.

5.    As Dean of the School of Medicine, I oversee one of the nation's leading medical schools. The UW School of Medicine is a leader in regional medical education and conducts world-leading research across 31 clinical and biomedical research departments and multiple research institutes and centers with areas of focus including behavioral health, neuroscience and Alzheimer's disease, heart disease and stroke, infectious diseases, cancer, health metrics, genomics and precision medicine, protein design and regenerative medicine.

DECLARATION OF TIMOTHY H.
DELLIT IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION –
No. 3:26-cv-05302-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

6. Two of UW Medicine's hospitals, Harborview Medical Center and University of Washington Medical Center, qualify as "covered entities" under Section 340B of the Public Health Service Act, 42 U.S.C. § 256b. Both hospitals qualify for the 340B Program by virtue of their status as Disproportionate Share Hospitals (DSH), meaning that they serve a disproportionately high number of Medicare and Medicaid beneficiaries. UW Medicine is also Washington State's largest provider of behavioral health services and operates numerous community-based clinics.

7. As CEO of UW Medicine, I am aware Washington recently enacted S.B. 5981 to address restrictions manufacturers have imposed on the distribution of 340B drugs to pharmacies that have contracted with 340B covered entities in Washington.

**340B Savings Enable UW Medicine to Serve Underserved Patient Populations**

8. UW Medicine's participation in the 340B Program allows it to purchase certain drugs at discounted rates. The savings from UW Medicine's purchases of 340B drugs at discounted prices fuel a whole host of programs and services, in addition to allowing UW Medicine to provide critical, lifesaving medications to its patients at a lower cost than would otherwise be available.

9. UW Medicine relies upon the savings afforded by the 340B Program to help support its provision of care to underserved populations and to invest in programs that improve access to care in its community.

10. In fiscal year 2025, UW Medicine delivered approximately **$502 million in uncompensated care** to patients, underscoring its role as one of the largest providers of such care in Washington State and its function as a safety net hospital. This amount includes (but is not limited to) care provided to Medicare and Medicaid patients, charity care provided to uninsured and underinsured patients, and the support outpatient safety net clinical described below.

DECLARATION OF TIMOTHY H.
DELLIT IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION –
No. 3:26-cv-05302-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

11. Harborview Medical Center (Harborview), Washington state's primary safety net hospital, depends on savings generated through the 340B program to support a range of programs and services that expand access to care for vulnerable and underserved populations.

12. For example, Harborview provides targeted services for individuals experiencing homelessness, including care delivered through the Pioneer Square Clinic, which offers primary and acute care near shelters, day centers, and low-income housing. Harborview also partners with community organizations to provide outreach services in shelters and supportive housing environments, including programs such as 1811 Eastlake and services at Hobson Place, which deliver comprehensive care for patients with complex medical and behavioral health needs.

13. 340B savings support specialized programs designed to meet the needs of other underserved populations at Harborview. Harborview's Safe, Healthy, Empowered Women's Clinic provides trauma-informed care to unhoused women and street-based sex workers, including access to contraception, wound care, preventive screenings, vaccinations, and referrals for substance use treatment and housing. In addition, Harborview's Community House Calls program supports patients with limited English proficiency through bilingual and bicultural care coordination, assisting with interpretation, care navigation, and ongoing care management. These programs reflect Harborview and UW Medicine's commitment to reinvesting 340B savings into services that improve access to care, advance health equity, and address the needs of the communities it serves.

14. Also supported by 340B savings, Harborview's International Medicine Clinic provides primary and mental healthcare to refugees, immigrants, asylum seekers, and survivors of trafficking, patients who often face significant barriers to accessing care. The clinic, which has an in-house pharmacy, also bridges cultural and linguistic differences by offering interpreter services in more than 100 languages and dialects. 340B savings help ensure these essential, culturally responsive services remain available to all patients, regardless of their ability to pay.

DECLARATION OF TIMOTHY H.
DELLIT IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION –
No. 3:26-cv-05302-DGE

4

15.    UW Medical Center also uses 340B savings to support important safety net programs. These include patient resources that improve community health, including transportation, translation, and nutrition services for underserved populations.

16.    Savings from the 340B Program enables UW Medical Center to provide critical behavioral health services. More than one million individuals in Washington experience serious mental illness, with many areas lacking adequate psychiatric care. Specifically, the UW Medical Center 340B Program savings supports the Frank Chopp Center for Behavioral Health and Learning, which offers clinical services for individuals with severe and persistent mental illness. The Center for Behavioral Health and Learning is one of a limited number of providers in Washington State that offers long-term inpatient behavioral health services. Like many parts of the country, the City of Seattle and Washington State face an epidemic of behavioral health and substance abuse challenges, without enough inpatient beds to support the treatment needs of the population. Any impact on UWMC's ability to provide these services will compound this crisis.

17.    In addition, the 340B Program savings allows UW Medical Center to support service lines that serve vulnerable and underinsured populations, such as emergency care, geropsychiatric care, cardiology, diabetes care, and addiction and substance abuse treatment.

18.    Finally, UWMC also uses 340B Program savings to help provide all members of the community with broad access to primary and specialty services, such as organ transplants, immunotherapies, advanced cancer care, neurology treatments, and cardiovascular specialty care.

19.    UW Medicine also uses 340B savings to directly reduce financial barriers for patients and improve access to medications dispensed through our in-house pharmacies by providing partial or full financial assistance.

20.    As these examples illustrate, UW Medicine uses the savings generated through the 340B program in alignment with the program's core purpose, to stretch scarce federal resources as far as possible, so that UW Medicine can sustain and strengthen our safety net

DECLARATION OF TIMOTHY H. DELLIT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – No. 3:26-cv-05302-DGE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

hospitals and care for those who need it most. These resources allow us to expand access, remove barriers to care, and provide comprehensive services to our mission populations, including individuals facing significant social and medical challenges. From community-based and culturally responsive services to behavioral health and medication affordability, 340B enables UW Medicine to meet patients where they are and address longstanding health inequities. These investments are essential to ensuring all patients, regardless of income, background, or circumstance, can access high-quality, affordable care.

21.     Notably, because 340B program savings supports UW Medicine's provision of multiple critical primary and specialty care service lines for the entire Pacific Northwest five-state region, the loss of these savings would jeopardize UW Medicine's ability to serve residents of not just Washington but those states as well.

**Impacts of SB 5981 on UW Medicine**

22.     SB 5981 is critically important to UW Medicine because it protects our ability to continue delivering care to safety-net populations by preserving access to 340B pricing in community and contract pharmacy settings. Over 70% of our prescriptions are filled at community pharmacies due to patient choice and insurer requirements, making these partnerships essential. Ongoing manufacturer restrictions have significantly limited access to 340B pricing through the contract pharmacy discount, threatening our ability to sustain key programs and services. SB 5981 helps restore access to 340B pricing as intended, ensuring we can continue advancing our mission and serving those most in need.

23.     SB 5981 is estimated to protect $85 million in 340B savings for UW Medicine alone. These savings are reinvested into patient care, including services for underserved and marginalized communities as discussed above.

24.     If SB 5981 was enjoined, UW Medicine's ability to provide many of the programs and services supported by its 340B savings would be threatened.

DECLARATION OF TIMOTHY H. DELLIT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – No. 3:26-cv-05302-DGE

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

25.     UW Medicine, as a safety-net hospital system, operates on razor-thin financial margins such that any change to its 340B savings would have a devastating impact to financial viability and the ability to offer services to those experiencing financial hardship.

26.     The pharmaceutical manufacturers' challenge to SB 5981 is not the only threat to UW Medicine's financial strength and ability to serve its vulnerable patients. UW Medicine's future financial position will be negatively impacted by changes in the Medicaid program made by H.R. 1, known as the "Big Beautiful Bill." Because the bill is expected to result in significant numbers of Medicaid clients losing coverage, and UW Medicine relies on Medicaid for significant amounts of its revenue, we expect that, without changes, UW Medicine could face significant financial challenges in the years ahead, which would be compounded by the separate threat of SB 5981 being enjoined.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this 30th day of April 2026, at Seattle, Washington.

TIMOTHY H. DELLIT, M.D.
CEO, UW Medicine
Executive Vice President for Medical Affairs,
University of Washington
Paul G. Ramsey Endowed Dean, University of
Washington School of Medicine

DECLARATION OF TIMOTHY H.
DELLIT IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION –
No. 3:26-cv-05302-DGE

7