UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASTRAZENECA PHARMACEUTICALS
LP,

                    Plaintiff,

        v.

NICHOLAS W. BROWN,

                    Defendant.

CASE NO. 3:26-cv-05406-DGE

MINUTE ORDER

        The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

        Before the Court is the Parties' stipulated motion to consolidate and to extend time to respond to Plaintiff's complaint.  (Dkt. No. 19.)  This lawsuit was first filed on April 20, 2026 (Dkt. No. 1) and reassigned to the undersigned on April 28.  The Parties request this case be consolidated into *Novartis Pharmaceuticals Corp. v. Brown et al.*, Case No. 3:26-cv-05302-

MINUTE ORDER - 1

DGE, pursuant to Federal Rule of Civil Procedure 42.[1]  (Dkt. No. 19 at 1.)  AbbVie and PhRMA do not oppose consolidation as long as the current schedule remains in place, and Novartis takes no position on consolidation.  (*Id.* at 2.)  The Parties agree consolidation would "allow for coordination of briefing and other scheduling" as this matter and the *Novartis* matter progress. (*Id.*)

The Court therefore GRANTS the Parties' motion (Dkt. No. 19) as follows:

1.  This matter is CONSOLIDATED with *Novartis Pharmaceuticals Corp. v. Brown et al.*, Case No. 3:26-cv-05302-DGE, and all future filings SHALL be made under that case number.

2.  Consistent with the deadlines entered by the Court in *Novartis*, Dkt. Nos. 28 and 36, Defendant SHALL answer or otherwise respond to Plaintiff's complaint within 30 days after the Court issues its order on the pending motions for preliminary injunction.

Dated this 22nd day of May 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

---

[1] This Court previously consolidated *AbbVie, Inc. v. Brown et al.*, Case No. 2:26-cv-01018-DGE, and *Pharmaceutical Research and Manufacturers of America v. Brown et al.*, Case No. 3:26-cv-05374-DGE, into the *Novartis* matter because they involved a common question of law or fact. *See Novartis*, Dkt. Nos. 21, 29.

MINUTE ORDER - 2