**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** | Western District of Washington |

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: | 3:26-cv-5302 (Lead); 2:26-cv-1018 (AbbVie) |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 03/25/2026 |

Date of judgment or order you are appealing: | 06/09/2026 |

Docket entry number of judgment or order you are appealing: | 69 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Pharmacyclics LLC; and Allergan Sales, LLC.

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number? | |

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number? | |

Your mailing address (if pro se):

| |

| |

City: | |    State: | |    Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | /s/ Jeremy Roller |    **Date** | 06/09/2026 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

---

**Form 1**                                                                 *Rev. 06/09/2022*

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Pharmacyclics LLC; and Allergan Sales, LLC

Name(s) of counsel (if any):

Matthew S. Owen - Gibson, Dunn & Crutcher LLP

Address: 1700 M Street, NW, Washington, D.C. 20036-4504

Telephone number(s): (202) 955-8500

Email(s): MOwen@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Nick Brown, in his official capacity as Attorney General of Washington
Ryan Moran, in his official capacity as Director of Washington State Health Care Authority

Name(s) of counsel (if any):

Aliana Knoepfler, Julie Moroney, Freeman Halle - Office of the Attorney General, Washington

Address: 800 Fifth Avenue, Suite 2000, Seattle, WA 98104-3188

Telephone number(s): (206) 464-7744

Email(s): Aliana.Knoepfler@atg.wa.gov; Julie.Moroney@atg.wa.gov; Freeman.H

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Pharmacyclics LLC; and Allergan Sales, LLC

Name(s) of counsel (if any):

Meredith Pohl - Kirkland & Ellis LLP
Blair Husted - Kirkland & Ellis LLP

Address: 1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004

Telephone number(s): (202) 389-5000

Email(s): meredith.pohl@kirkland.com; blair.husted@kirkland.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

## Appellees

Name(s) of party/parties:

Nick Brown, in his official capacity as Attorney General of Washington
Ryan Moran, in his official capacity as Director of Washington State Health Care

Name(s) of counsel (if any):

William McGinty, Kelly Paradis - Office of the Attorney General, Washington

Address: 800 Fifth Avenue, Suite 2000, Seattle, WA 98104-3188

Telephone number(s): (206) 464-7744

Email(s): Freeman.Halle@atg.wa.gov

Name(s) of party/parties:

AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Pharmacyclics LLC; and Allergan Sales, LLC

Name(s) of counsel (if any):

Jeremy E. Roller - Arete Law Group PLLC

Address: 600 University Street, Suite 2420, Seattle, WA 98101

Telephone number(s): (206) 428-3250

Email(s): jroller@aretelaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                                    *New 12/01/2018*