Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NOVARTIS PHARMACEUTICALS
CORPORATION,

                            Plaintiff,

        v.

NICK BROWN, in his official capacity as
ATTORNEY GENERAL OF
WASHINGTON,

                            Defendant.

No. 3:26-CV-5302-DGE

PLAINTIFF NOVARTIS
PHARMACEUTICALS
CORPORATION'S NOTICE OF
APPEAL

**PRELIMINARY INJUNCTION
APPEAL**

ABBVIE INC. et al.,

                            Plaintiffs,

        v.

NICK BROWN, in his official capacity as
Attorney General for the State of
Washington, et al.,

                            Defendants.

PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA,

                            Plaintiff,

        v.

MᴄNᴀᴜʟ Eʙᴇʟ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

NICHOLAS W. BROWN, in his official capacity as Attorney General for the State of Washington, et al.,

Defendants.

ASTRAZENECA PHARMACEUTICALS LP,

Plaintiff,

v.

NICHOLAS W. BROWN, in his official capacity as the ATTORNEY GENERAL OF THE STATE OF WASHINGTON,

Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Novartis Pharmaceuticals Corporation appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order, ECF No. 69, entered in this action on June 9, 2026.


DATED this 9th day of June, 2026.

McNAUL EBEL PLLC

By: /s/ *Susan Cook*
       Gregory J. Hollon, WSBA No. 26311
       Curtis C. Isacke, WSBA No. 49303
       600 University Street, Suite 2700
       Seattle, Washington 98101
       Phone:  (206) 467-1816
       Fax:     (206) 624-5128
       Email:   ghollon@mcnaul.com
               cisacke@mcnaul.com


       Susan Cook*
       Jessica L. Ellsworth*
       Marlan Golden*
       Jacob T. Young*
       Claire A. Rhodes*
       HOGAN LOVELLS US LLP
       555 Thirteenth Street, N.W.
       Washington, D.C. 20004-1109
       Phone: (202) 637-5600
       Fax:   (202) 637-5910
       Email: susan.cook@hoganlovells.com
             jessica.ellsworth@hoganlovells.com
             marlan.golden@hoganlovells.com
             jake.young@hoganlovells.com
             claire.rhodes@hoganlovells.com

       *Admitted pro hac vice*

       *Attorneys for Plaintiff*

NOVARTIS PHARMACEUTICALS
CORPORATION'S NOTICE OF APPEAL
(Case No. 3:26-CV-5302)

McNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Novartis Pharmaceuticals Corporation |

Name(s) of counsel (if any):

| |
|---|
| Jessica L. Ellsworth, Hogan Lovells US LLP<br>Susan Cook, Hogan Lovells US LLP |

Address: 555 Thirteenth Street, N.W., Washington, DC 20004

Telephone number(s): 202-637-5600

Email(s): jessica.ellsworth@hoganlovells.com; susan.cook@hoganlovells.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Nick Brown, in his official capacity as Attorney General of Washington |

Name(s) of counsel (if any):

| |
|---|
| (see attached) |

Address: (see attached)

Telephone number(s): (see attached)

Email(s): (see attached)

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                            *1*                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*

**Appellee(s)**

*Name(s) of party/parties:*

Nick Brown, in his official capacity as Attorney General of Washington

*Name(s) of counsel (if any):*

Aliana Knoepfler, WSBA #64738
Aliana.Knoepfler@atg.wa.gov
Julie Moroney, WSBA #59017
Julie.Moroney@atg.wa.gov
Freeman Halle, WSBA #31498
Freeman.Halle@atg.wa.gov
ASSISTANT ATTORNEYS GENERAL
William McGinty, WSBA #41868
William.McGinty@atg.wa.gov
Kelly A. Paradis, WSBA #47175
Kelly.Paradis@atg.wa.gov
DEPUTY SOLICITORS GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone:  (206) 464-7744