THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOVARTIS PHARMACEUTICALS CORP, *a New Jersey Corporation*; ABBVIE INC; ALLERGAN INC; DURATA THERAPEUTICS INC; ABBVIE PRODUCTS LLC; PHARMACYCLICS LLC; ALLERGAN SALES LLC; ASTRAZENECA PHARMACEUTICALS LP,

     *Plaintiffs*,

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

     *Consolidated Plaintiff,*

v.

NICHOLAS W. BROWN, in his official capacity as Attorney General for the State of Washington; and RYAN MORAN, in his official capacity as Director of the Washington State Health Care Authority,

     *Defendants.*

Case No. 3:26-cv-05302-DGE

**NOTICE OF APPEAL**

NOTICE OF APPEAL
(No. 3:26-cv-05302-DGE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Pursuant to Federal Rule of Appellate Procedure 3 and 28 U.S.C. §1292(a), Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying PhRMA's motion for a preliminary injunction, entered on June 9, 2026.  Dkt.69.

DATED this 9th day of June, 2026.

CORR CRONIN LLP

/s/ Steven W. Fogg
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Phone: (206) 625-8600
Fax: (206) 625-0900
Email: sfogg@corrcronin.com

Erin E. Murphy (Admitted *Pro Hac Vice*)
Matthew D. Rowe (Admitted *Pro Hac Vice*)
Philip Hammersley (Admitted *Pro Hac Vice*)
Camilo Garcia (Admitted *Pro Hac Vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Phone: (202) 742-8900
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com
philip.hammersley@clementmurphy.com
camilo.garcia@clementmurphy.com

*Attorneys for Pharmaceutical Research and Manufacturers of America.*

NOTICE OF APPEAL - 1
(No. 3:26-cv-05302-DGE)