The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

NOVARTIS PHARMACEUTICALS
CORPORATION, et al.,

                        Plaintiffs,

    v.

NICK BROWN, et al.,

                        Defendants.

NO. 3:26-cv-05302-DGE

JOINT MOTION AND
[PROPOSED] ORDER TO STAY
CASE PENDING APPEAL

NOTE ON MOTION CALENDAR:
JUNE 12, 2026

## I.    JOINT MOTION

Defendants Nick Brown and Ryan Moran (collectively, Defendants), and Plaintiffs Novartis Pharmaceuticals Corp. (Novartis), AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, and Allergan Sales, LLC (AbbVie), Pharmaceutical Research and Manufacturers Ass'n (PhRMA), and AstraZeneca Pharmaceuticals (AstraZeneca) (collectively, Plaintiffs) (altogether, the Parties), pursuant to Fed. R. Civ. P. 6(b), hereby move that the Court stay all proceedings and deadlines in this matter pending resolution of Plaintiffs Novartis, AbbVie, and PhRMA's pending appeals (Dkts. # 70, 71, 72) of this Court's Order on Motions for Preliminary Injunction (Dkt. # 69).

The Ninth Circuit's review of this Court's decision will be relevant to and inform the further proceedings in this Court. Staying the proceedings and deadlines in this matter pending resolution of that appeal will promote judicial economy and facilitate the most efficient

JOINT MOTION TO STAY CASE
PENDING APPEAL –
NO. 3:26-cv-05302-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

resolution of the pending litigation in this Court.[1] The Parties agree to provide the Court with a status report within 15 days after the Ninth Circuit issues its mandate.

This Court has inherent power to stay proceedings to preserve "economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). District courts have routinely stayed and held cases in abeyance that were brought by Plaintiffs against similar state laws pending an appeal of a preliminary injunction order, including another case in which an appeal is currently pending before the Ninth Circuit. *See, e.g.*, Ord. Mot. Stay, *AstraZeneca Pharms. LP v. Lopez*, 1:25-CV-00369, Dkt. # 113 (D. Haw. May 29, 2026) (granting joint motion to stay and hold case in abeyance).

I certify that this memorandum contains 351 words, in compliance with the Local Civil Rules.

DATED this 12th day of June 2026.

NICHOLAS W. BROWN
Attorney General

CORR CRONIN LLP

s/ Aliana Knoepfler
ALIANA KNOEPFLER, WSBA #64738
JULIE MORONEY, WSBA #59017
FREEMAN HALLE, WSBA #61498
Assistant Attorneys General
WILLIAM MCGINTY, WSBA #41868
KELLY A. PARADIS, WSBA #47175
Deputy Solicitors General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
aliana.knoepfler@atg.wa.gov
julie.moroney@atg.wa.gov
freeman.halle@atg.wa.gov
william.mcginty@atg.wa.gov
kelly.paradis@atg.wa.gov

*Counsel for Nick Brown and Ryan Moran*

s/ Matthew D. Rowen
STEVEN W. FOGG, WSBA #23528
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
206-625-8600
CLEMENT & MURPHY PLLC
ERIN E. MURPHY*
MATTHEW D. ROWEN*
PHILIP HAMMERSLEY*
CAMILO GARCIA*
706 Duke Street
Alexandria, VA 22314
202-742-8900
sfogg@corrcronin.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com
philip.hammersley@clementmurphy.com
camilo.garcia@clementmurphy.com

[1] The existing deadlines in this matter include discovery deadlines ordered by this Court and Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaints. *See* Dkt. # 19 (ordering discovery deadlines beginning on June 16, 2026; *see also* Dkts. # 28, 36, 63 (ordering Defendants to respond to Plaintiffs' complaints within 30 days after the Court issues its order on the preliminary injunction motions). The Parties agree that these existing deadlines, as well any other proceedings and deadlines in this matter, are stayed pending appeal.

JOINT MOTION TO STAY CASE
PENDING APPEAL –
NO. 3:26-cv-05302-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

|  |  |
|---|---|
|  | *Counsel for Pharmaceutical Research and Manufacturers of America* |
| MCNAUL EBEL PLLC | ANGELI & CALFO LLC |
| *s/ Susan Cook* | *s/ Allon Kedem* |
| GREGORY J. HOLLON, WSBA #26311 | ANGELO J. CALFO, WSBA #27079 |
| CURTIS C. ISACKE, WSBA #49303 | PETER D. HAWKES, WSBA #56794 |
| 600 University Street, Suite 2700 | 701 Pike St, Suite 1625 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| 206-467-1816 | 206-703-4801 |
| HOGAN LOVELLS US LLP | ARNOLD & PORTER KAY SCHOLER LLP |
| SUSAN COOK* | ALLON KEDEM* |
| MARLAN GOLDEN* | JEFFREY L. HANDWERKER* |
| JACOB T. YOUNG* | 601 Massachusetts Ave., NW |
| CLAIRE A. RHODES* | Washington, DC 20001-3743 |
| 555 Thirteenth St. NW | 202-942-5000 |
| Washington, D.C. 20004-1109 | CARMELA T. ROMEO* |
| 202-637-5600 | MICHAEL MAZZULLO* |
| ghollon@mcnaul.com | 250 West 55th Street |
| cisacke@mcnaul.com | New York, NY 10019-9710 |
| susan.cook@hoganlovells.com | 212-836-8000 |
| jessica.ellsworth@hoganlovells.com | angelo@angelicalfo.com |
| marlan.golden@hoganlovells.com | peter@angelicalfo.com |
| jake.young@hoganlovells.com | allon.kedem@arnoldporter.com |
| claire.rhodes@hoganlovells.com | jeffrey.handwerker@arnoldporter.com |
|  | carmela.romeo@arnoldporter.com |
| *Counsel for Novartis Pharmaceuticals Corporation* | michael.mazzullo@arnoldporter.com |
|  | *Counsel for AstraZeneca Pharmaceuticals LP* |
| ARETE LAW GROUP PLLC |  |
| *s/ Blair Husted* |  |
| JEREMY E. ROLLER, WSBA #32021 |  |
| 600 University Street, Suite 2420 |  |
| Seattle, WA 98101 |  |
| 206-428-3250 |  |
| KIRKLAND & ELLIS LLP |  |
| MEREDITH POHL* |  |
| BLAIR HUSTED* |  |
| 1301 Pennsylvania Avenue, N.W. |  |
| Washington, D.C. 20004 |  |
| 202-389-5000 |  |
| GIBSON, DUNN & CRUTCHER LLP |  |
| MATTHEW S. OWEN* |  |
| 1700 M St., N.W. |  |

JOINT MOTION TO STAY CASE PENDING APPEAL – NO. 3:26-cv-05302-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

Washington, D.C. 20036
Tel: (202) 955-8500
jroller@aretelaw.com
meredith.pohl@kirkland.com
blair.husted@kirkland.com
mowen@gibsondunn.com

*Counsel for AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, and Allergan Sales, LLC*

*\*Admitted pro hac vice*

JOINT MOTION TO STAY CASE
PENDING APPEAL –
NO. 3:26-cv-05302-DGE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

## II.   ORDER

The Court hereby GRANTS the Parties' Joint Motion to Stay Case Pending Appeal. All proceedings and deadlines in this matter are stayed pending Plaintiffs' appeal of this Court's Order on Motions for Preliminary Injunction. The Parties shall file a joint status report within 15 days after the Ninth Circuit issues its mandate.

Dated this 15th day of June 2026.

David G. Estudillo
United States District Judge

JOINT MOTION TO STAY CASE
PENDING APPEAL –
NO. 3:26-cv-05302-DGE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744